IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HOLLY CRAVENS SPEED**                                                                                        **PLAINTIFF**

v.                              **Case No. 4:23-cv-00134-KGB**

**MARILYN YVONNE RAY**                                                                                         **DEFENDANT**

## ORDER

Before the Court is plaintiff Holly Cravens Speed's motion to dismiss (Dkt. No. 4). Ms. Speed states that she would like to dismiss voluntarily her complaint because the case has been settled by agreement of the parties (*Id.*). Ms. Speed requests that the Court enter an Order dismissing the case (*Id.*). For good cause shown, the Court grants Ms. Speed's motion to dismiss and dismisses her complaint (Dkt. No. 4).

It is so ordered this 23rd day of February, 2023.

Kristine G. Baker
United States District Judge